## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARTINEZ AYTCH, | |
| Plaintiff, | |
| | 2:08-cv-01773-RLH-VCF |
| v. | |
| | **MINUTE ORDER** |
| CYNTHIA SABLICA, *et al.*, | |
| Defendants. | |
| | Dated: March 28, 2013 |

PRESENT: THE HONORABLE CAM FERENBACH, United States Magistrate Judge

JUDICIAL ASSISTANT: Mai Tieu    RECORDER: None

COUNSEL FOR PLAINTIFF(S): None Appearing

COUNSEL FOR DEFENDANT(S): None Appearing

Before the court is plaintiff Martinez Aytch's Motion for A Court's Order Directing Defendants to Answer Plaintiff's Civil Right Complaint. (#44). No Opposition was filed.

Plaintiff filed his motion on March 13, 2013, asking this court to order defendants Cynthia M. Sablica, Lavonne St. Rose Atkins, and James Henson to file an answer to his complaint (#5). (#44). On March 28, 2013, defendants Cynthia M. Sablica, Lavonne St. Rose Atkins, and James Henson filed an answer to plaintiff's complaint (#5). (#49).

IT IS ORDERED that plaintiff Martinez Aytch's Motion for A Court's Order Directing Defendants to Answer Plaintiff's Civil Right Complaint (#44) is DENIED as moot.

**CAM FERENBACH**
**UNITED STATES MAGISTRATE JUDGE**