# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| MARTINEZ AYTCH, | ) | |
| Plaintiff(s), | ) | 2:08-cv-1773-RLH-VCF |
| vs. | ) | **O R D E R** |
| CYNTHIA SABLICA, *et al.,* | ) | (Amended Application and Order to Produce Inmate for Trial–#76) |
| Defendant(s). | ) | |

Before the Court is Defendants' Amended Application and Order to Produce Inmate for Trial (#76, filed May 7, 2013).  The trial in this matter having been continued,

IT IS THEREFORE ORDERED that the Defendants' Amended Application and Order to Produce Inmate for Trial (#76) is denied as moot.

DATED this 13th day of May, 2013.

_____
**Roger L. Hunt
United States District Judge**