CATHERINE CORTEZ MASTO
Nevada Attorney General
KELLY M. SMITH
Deputy Attorney General
Nevada Bar No. 9192
Public Safety Division
STATE OF NEVADA
OFFICE OF THE ATTORNEY GENERAL
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
Telephone:  (702) 486-3420
Fax: (702) 486-3773
Email:  ksmith@ag.nv.gov
*Attorneys for Defendants*
*Cynthia M. Sablica, Lavonne Atkins-St. Rose,*
*And James S. Henson*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARTINEZ AYTCH, | ) Case No. 2:08-CV-01773-RLH-VCF |
|            Plaintiff, | ) |
| vs. | ) **APPLICATION AND ORDER** |
| | ) **TO PRODUCE INMATE FOR TRIAL** |
| CYNTHIA SABLICA, *et al.*, | ) |
|            Defendants. | ) |

Defendants Cynthia M. Sablica, Lavonne Atkins-St. Rose, and James S. Henson, by and through legal counsel, Catherine Cortez Masto, Attorney General, and Kelly M. Smith, Deputy Attorney General, hereby apply for an order directing the Nevada Department of Corrections ("NDOC") to produce inmate Martinez Aytch (#54102), plaintiff *pro se*, for his attendance at trial in the United States District Courthouse in Las Vegas, Nevada, from November 6, 2013, at 9:00 a.m. through November 7, 2013, 5:00 p.m., or until the completion of trial, whichever is later.

On August 6, 2013, the court issued an Order directing Defendants to arrange Plaintiff's appearance made via telephone for calendar call scheduled for October 22, 2013, at 10:00 a.m.,

Attorney General's Office
555 E. Washington, Suite 3900
Las Vegas, NV 89101

and to arrange Plaintiff's physical appearance at trial beginning on November 6, 2013, at 10:00 a.m. (Doc. 101).

Inmate transportation is governed by the Nevada Revised Statutes and NDOC Administrative Regulations. See NRS 209.274 ("when an offender is required or requested to appear before a court in this state, the Department shall transport the offender to and from court on the day scheduled for his or her appearance"); AR 740.02 ("transportation activities should be limited to those which are minimally required to conform to law").

In an effort for the NDOC transportation authority to be fully compliant with the applicable law and regulations, Defendant respectfully applies for an order from this court directing the Nevada Department of Corrections to:

(1) produce inmate Martinez Aytch, #54102, at the Lloyd D. George U.S. Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101 by 10:00 a.m. on November 6, 2013, and on each and every day that follows until 5:00 p.m., or until trial in the above-captioned matter is completed, whichever is later; and,

///
///
///
///
///
///
///
///
///
///
///
///
///
///

Attorney General's Office
555 E. Washington, Suite 3900
Las Vegas, NV 89101

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Attorney General's Office**
555 E. Washington, Suite 3900
Las Vegas, NV 89101

(2) make other necessary arrangements to ensure inmate Martinez Aytch, #54102, remains physically present at the Lloyd D. George U.S. Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101 from 10:00 a.m. through 5:00 p.m. for the duration of the trial.

DATED this 23rd day of September, 2013.

Respectfully submitted,

CATHERINE CORTEZ MASTO
Attorney General

By:   /s/ Kelly M. Smith
KELLY M. SMITH
Deputy Attorney General
Nevada State Bar No. 7075
*Attorneys for Defendants*
*Cynthia M. Sablica, Lavonne Atkins-St. Rose,*
*and James S. Henson*

IT IS SO ORDERED:

United States Magistrate Judge

DATED:   10-1-2013

3