**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

***

| | |
|---|---|
| MARTINEZ AYTCH, | |
|          Plaintiff, | 2:08-cv-01773-RLH-VCF |
| vs. | **ORDER** |
| CYNTHIA SABLICA, *et al.,* | |
|          Defendants. | |

Before the court is plaintiff's Motion for Transcripts at State Expense (#139). Defendants filed a Response (#140).

Plaintiff's motion cites no authority to support his request. In response, defendants correctly cite 28 U.S.C. § 753(f) as the law governing the circumstances in which the court may authorize the payments of fees, by the United States, for furnishing transcripts to party appealing *in forma pauperis*.

In pertinent part, 28 U.S.C. § 753(f) provides:

> Fees for transcripts furnished in other proceedings to persons permitted to appeal in forma pauperis shall also be paid by the United States if the trial judge or a circuit judge certifies that the appeal is not frivolous (but presents a substantial question).

Plaintiff's Notice of Appeal (#133) provides no insight regarding the basis of his appeal. It merely states that he appeals "from the Jury Verdict." In his Motion for Transcripts (#139), Plaintiff

does not provide any information on which the court can rely in making a determination that his appeal "is not frivolous (but presents a substantial question)."

The grounds on which he seeks to overturn the Jury Verdict do not appear in the record. Therefore, the court cannot certify that plaintiff's appeal is not frivolous.

Accordingly,

IT IS HEREBY ORDERED that plaintiff's Motion for Transcripts at State Expense (#139) is DENIED.

Dated this 15th day of January, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE